IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFREY RAY LUDLOW                                                                              PLAINTIFF

v.                    Civil No. 2:16-CV-02021-PKH-MEF

SHERIFF RON BROWN, CHIEF DEPUTY                                                      DEFENDANTS
JIM DANAUTE and CAPTAIN SHAWN
FIRESTINE

# JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE. The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g), and the Clerk is directed to place a § 1915(g) strike flag on the case.

IT IS SO ADJUDGED this 30th day of August, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE